PD-1688-15

No. 06-15-00081-CR

Bobby Joe Evens

PETITIONER

VS

THE STATE OF TEXAS
RESPONDANT

§
§
§
§
§
§
§
§
§

IN THE TEXAS COURT

OF

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

CRIMINAL APPEALS

MOTION FOR EXTENSION OF TIME TO FILE PDR

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Bobby Joe Evens ,petitioner, and files this

motion for an extension of sixty (60) days in which to file

FILED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

petition for discretionary review. In support of this motion,

Petitioner shows the Court the following:

I.

The Petitioner was convicted in the 196TH District Court of Hunt

County, Texas of the offense of MANUFacTURE Delwery in cause No.

27364 ,styled The State of Texas vs. Bobby Joe Evens . The

petitioner appealed to the Court of Appeals, Sixth Appellate District

Supreme Judicial District,Appeal No. 06-15-00081 - CR . The

case was affirmed on November 25TH 2015 .

II.

The present deadline for filing the petition for discretionary

review is December 25TH 2015. The petitioner has not requested any

extension prior to this request.

III.

Petitioner's request for an extension is based upon the following

facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until _December 09, 2015_. Since that time petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, _Elisha Hollis_ has informed petitioner that he will not represent him on the petition for discretionary review.

Wherefore, petitioner prays this Court grant this motion and extend the deadline for filing the petition for discretionary review in cause No._06-15-00081-CR_ to _February 25th 2015_.

Respectfully submitted,

_Bobby Joe Evans_
Petitioner pro se
TDCJ#
Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I, _Bobby Joe Evans_, do hereby certify that a true and correct copy of the above foregoing motion for a extension of time to file a petition for discretionary review, has been forwarded by United States mail, postage pre-paid, first class to the Court of Criminal Apppeals PO Box 12308 Austin Texas 78711 on this _18th_ day of _December_ ,2015

_Bobby Joe Evans_
Appellant/Petitioner